AO 243 (Rev. 5/85)

**MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| **United States District Court** | District | District of Puerto Rico |
|---|---|---|
| Name of Movant | Prisoner No. | Case No. |
| Jose Olivo Rivera | 05136-069 | 99-00344(PG) |
| Place of Confinement | | |
| FCC Coleman Medium, P.O. Box 1032, Coleman, Florida 33521-1032 | | |

2005 JAN 31 PM 2:33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| UNITED STATES OF AMERICA | V. | **JOSE OLIVO RIVERA** |
|---|---|---|
| | | (name under which convicted) |

## MOTION

1. Name and location of court which entered the judgment of conviction under attack __United States District Court, For The District of Puerto Rico__

2. Date of judgment of conviction __August 24, 2001__

3. Length of sentence __One Hundred Fifty One (151) Months__

4. Nature of offense involved (all counts) __Count One (1) : Conspiracy to distribute cocaine, heroin and marijuana__

_____

_____

_____

5. What was your plea? (Check one)
   - (a) Not guilty ☐
   - (b) Guilty ☒
   - (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   _____

   _____

   _____

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   - (a) Jury ☐
   - (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐ No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☒ No ☐

RECEIVED & FILED
05 FEB -9 PM 1:24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

AO 243 (Rev. 5/85)

9. If you did appeal, answer the following:

(a) Name of court **United States Court of Appeals For The First Circuit**

(b) Result **Judgement From The District Court Was AFFIRMED**

(c) Date of result **October 16, 2003**

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
Yes ☐ No ☐

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court _____

(2) Nature of proceeding _____

_____

(3) Grounds raised_____

_____

_____

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐

(5) Result_____

(6) Date of result _____

(b) As to any second petition, application or motion give the same information:

(1) Name of court _____

(2) Nature of proceeding _____

_____

(3) Grounds raised_____

_____

_____

_____

_____

AO 243 (Rev. 5/85)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐

(5) Result_____

(6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.    Yes ☐ No ☐
(2) Second petition, etc.   Yes ☐ No ☐

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all ground in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.
(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.

AO 243 (Rev. 5/85)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: __Trial Court Violated The Defendant's United States Constitutional__ __Fifth and Sixth Amendment Rights and Imposed An Illegal Sentence__

Supporting FACTS (state *briefly* without citing cases or law) __Trial Court applied facts not__ __admitted, found by a jury, or proved beyond a reasonable doubt to enhance__ __Rivera's sentence by U.S.S.G. §4B1.1 (career offender) provision. In turn__ __imposing an illegal sentence. Pursuant to Apprendi v. New Jersey, 530 U.S.__ __466 (2000); Blakely v. Washington, 124 S.Ct. 2531 (2004); United States v.__ __Booker, No. 04-104, Argued October 4, 2004-Decided January 12, 2005.__

B. Ground two: __Trial Court Violated The Defendant's United States Constitutional__ __Fifth Amendment Right of Due Process__

Supporting FACTS (state *briefly* without citing cases or law): __Trial court did not give__ __defendant fair notice of the career offender provisions under U.S.S.G.__ __§ 4B1.1 during the plea hearing or Rule 11(e) procedure.__

C. Ground three: __Trial Court Breached Defendant's and Government's Plea__ __Agreement. Violating Defendant's Due Process Right under the 5th Amendment__

Supporting FACTS (state *briefly* without citing cases or law): __The plea agreement stated a__ __sentence within 46-57 months, and the court imposed a sentence of 151__ __months.__

AO 243 (Rev. 5/85)

D. Ground four:  Defendant Was Denied Effective Assistance Of Counsel

Supporting FACTS (state *briefly* without citing cases or law):  Trial counsel failed to object to the breach of plea during sentencing, and also failed to object to the findings of facts under a Fifth and Sixth Amendment objection, of the facts used to increase defendant's punishment beyond the prescribed agreed range of 47-57 months as stated in the plea agreement.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____

_____

_____

_____

_____

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐ No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing _Carlos R. Noriega, Esq., Banco Cooperativo Plaza, 623 Ponce De Leon Avenue, Suite 310, Hato Rey, Puerto Rico 00917_

(b) At arraignment and plea _____ Same

(c) At trial _____ Same

(d) At sentencing _____ Same

AO 243 (Rev. 5/85)

(e) On appeal___ Jorge E. Rivera-Ortiz, Esq., P.O. Box 1845, Manati, Puerto Rico

___ 00674-1845

(f) In any post-conviction proceeding ___ **N/A**

(g) On appeal from any adverse ruling in a post-conviction proceeding ___ **N/A**

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒

   (a) If so, give name and location of court which imposed sentence to be served in the future: ___

   (b) Give date and length of the above sentence: ___

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   Yes ☐ No ☐

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

**January 12, 2005**
     (date)

_____
Signature of Movant

## NOTICE OF FILING

The instant Motion To Vacate under 28 U.S.C. §2255 is timely filed from within one year from January 14, 2004 (90 days from denial of appeal October 16, 2003, in which to file Writ of Certiorari), by being deposited in the institutional **"Legal Mail Box"** on this 12th day of January 2005. Mail box rule. Pursuant to **Houston v. Lack**, 487 U.S. 266 (1989).


January 12, 2005

Respectfully Submitted By,

*Jose A Olivo Rivera*
Jose Olivo Rivera, pro se.
Reg. No. 05136-069 B4
FCC Coleman Medium
P.O. Box 1032
Coleman, Florida
33521-1032


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent by U.S. Mail to AUSAs Jorge E. Vega-Pacheco and Nelson J. Perez-Sosa, Torres Chardon Building, Suite 1201, 350 Carlos Chardon Avenue, Hato Rey, Puerto Rico 00918 on this 12th day of January 2005.


*Jose A Olivo Rivera*
Jose Olivo Rivera, pro se.