UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

JOSE OLIVO RIVERA,

   Petitioner,

vs.

UNITED STATES OF AMERICA,

   Respondent.

_____/

Case No. 3:05-cv-1159
Criminal No. 99-00344(PG)

NOTICE OF CHANGE OF ADDRESS

COMES NOW the Petitioner, JOSE OLIVO RIVERA, pro se, and hereby notifies this Court of his change of address effective immediately:

Old Address:

Jose Olivo Rivera
Reg. No. 05136-069
FCC-Coleman Medium
P.O. Box 1032
Coleman, FL 33521-1032

New Address:

Jose Olivo Rivera
Reg. No. 05136-069
FCI- Miami
P.O. Box 779800
Miami, FL 33177

Submitted this 12 day of April, 2005.

By: _Jose A Olivo Rivera_
Jose Olivo Rivera, Pro Se