# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

JOSE OLIVO-RIVERA

    Plaintiff(s)

    vs.

UNITED STATES OF AMERICA

    Defendant(s)

CV. 05-1159 (ADC)
{Re: CR. 99-344 (PG)}

## JUDGMENT

The Court, through the Honorable Aida M. Delgado-Colón, United States District Judge, issued an Order for Entry of Judgment on September 5, 2006.

Judgment is **HEREBY ENTERED** and the petitioner's claims are **DENIED.**

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 6th day of September, 2006.

    FRANCES RIOS DE MORAN
    Clerk of the Court

    By: s/Sarah V. Ramón
        Sarah V. Ramón, Deputy Clerk